UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL STOKES, ) <br> ) <br> Petitioner ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 25-cv-10673-DJC |

### ORDER

**CASPER, J.**                                                                 **May 12, 2025**

Petitioner Michael Stokes, who resides at the Coolidge House, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and an Emergency Motion for Preliminary Injunction/Restraining Order in which he alleges that he is entitled to immediate release. D. 1, 2. Stokes names as respondents the Federal Bureau of Prisons and Community Resources for Justice.

Upon review of these documents, the Court hereby orders:

1. The Clerk shall serve the Petition and Emergency Motion on the Respondents and the United States Attorney for the District of Massachusetts.

2. Respondents shall, no later than May 27, 2025, file a response.

**So Ordered.**

/s Denise J. Casper
United States District Judge